DAVID THOMSON, as Trustee of the Estate of BENJAMIN LORD, Deceased, and MARY HANSON *v.* EMMA C. HILL et al., HATTIE E. BEARDSLEE et al., Appellants; GILBERT M. HUSTED, Respondent, Impleaded with LORENZO GOODWIN et al.

155 | 677
Case 1
78 AD 614

*Thomson* v. *Hill*, 87 Hun, 111, affirmed.
(Argued March 9, 1898; decided March 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered June 8, 1895, affirming a judgment entered upon a decision of the court on trial at Special Term in an action for the construction of a will.

*Abraham Lansing* and *Henry A. Prince* for appellants.

*Jacob F. Miller* and *A. Edward Woodruff* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.